# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA52 | 9164611 | YANG | 4417 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 10/23/2020  1630 | PC 148(a)(1) |

Place of Offense: 10535 Hospital Way, Mather, CA 95655

Offense Description: Factual Basis for Charge  HAZMAT ☐

Every person who willfully resists, delays, or obstructs any peace officer

### DEFENDANT INFORMATION

Last Name: Dockery
First Name: Joao
MI: M

Street Address: [redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 501 I St, Sacramento, CA 95814
Date: 02/18/2021
Time: 0900

X Defendant Signature: Refused to Sign

Original - CVB Copy

*9164611*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 23, 20 20 while exercising my duties as a law enforcement officer in the Eastern District of California

See attached probable cause statement.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/23/2020     Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident