## United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA52 | 9164610 | YANG | 4417 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 10/23/2020  1630 | 38 CFR 1.218(b)(4) |

Place of Offense
10535 Hospital Way, Mather, CA 95655

Offense Description: Factual Basis for Charge          HAZMAT ☐
Willful Destruction of Government
Property

### DEFENDANT INFORMATION   Phone: (   )

| Last Name | | |
|---|---|---|
| Dockery | Joao | M |

Street Address

████████████████████

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
501 I St
Sacramento, CA 95814

Date: 02/18/2021
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  Refused to Sign

Original - CVB Copy

*9164610*

CVB SCAN 11/10/2020 16:11

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 23**, 20**20** while exercising my duties as a law enforcement officer in the **Eastern** District of **California**

See attached probable cause statement.

The foregoing statement is based upon:
✓ my personal observation   ✓ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/23/2020** ___X_____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 11/10/2020 16:11