# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA52 | 9164422 | MAEANA | 4009 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/23/2020 1538
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 38 CFR 1.218(b)(11)
Place of Offense: 10535 HOSPITAL WAY, MATHER CA 95655 EMERGENCY DEPARTMENT

Offense Description: Factual Basis for Charge    HAZMAT ☐

DISORDERLY CONDUCT WHICH CREATES LOUD, BOISTEROUS, AND UNUSUAL NOISE.

### DEFENDANT INFORMATION

Last Name: DOCKERY
First Name: JOAO
MI: M

Street Address: [redacted]

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 501 I ST, SACRAMENTO, CA 95814
Date: 02/18/2021
Time: 0900

X Defendant Signature: REFUSED TO SIGN

Original - CVB Copy

*9164422*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/23, 20 20 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA

(SEE ATTACHED STATEMENT OF PROBABLE CAUSE)

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/23/2020
Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident