AO 238 (Rev. 11/11) Arrest Warrant and Notice Before Arrest

RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA
2021 APR 15 PM 1:24

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 13 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ak
DEPUTY CLERK

| United States of America v. DOCKERY, JOAO M 4110 43RD STREET SACRAMENTO, CA 95820 *Defendant* | Violation Number(s)/Location Code(s) | Violation Date(s) |
|---|---|---|
| | 9164610    CA52 | 10/23/2020 |
| | Offense(s) | Amount Due |
| | Willful Destruction, Damage or Removal of Government PR - 38 CFR 1.218(b)(4) | $800.00 |
| | Case Number: | Original Court Date: |
| | 2:21-PO-00058-CKD | 04/15/2021 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date: April 15, 2021

/s/ *Carolyn K. Delaney*
*Judge's signature*
Carolyn Delaney

**Return**

| Received | Date: | Location: |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: | Location: WARRANT RECALLED |
|---|---|---|

Name: _____ Title: _____ District: _____
Date: _____ Signature: _____