AO 238 (Rev. 11/11) Arrest Warrant and Notice Before Arrest

RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA
2021 APR 15 PM 1:24

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
**DOCKERY, JOAO M**
**4110 43RD STREET**
**SACRAMENTO, CA 95820**
*Defendant*

FILED
MAY 13 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| Violation Number(s)/Location Code(s) | Violation Date(s) |
|---|---|
| 9164422     CA52 | 10/23/2020 |
| Offense(s) | Amount Due |
| Disorderly Conduct - 38 CFR 1.218(b)(11) | $420.00 |
| Case Number: | Original Court Date: |
| 2:21-PO-00058-CKD | 04/15/2021 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date: April 15, 2021

/s/ *Carolyn K. Delaney*
*Judge's signature*
Carolyn Delaney

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | | |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | | WARRANT RECALLED |

Name: _____   Title: _____   District: _____
Date: _____   Signature: _____