*1/271403* (handwritten)

AO 238 (Rev. 11/11) Arrest Warrant and Notice Before Arrest

RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA

2021 APR 15 PM 1:25

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) |
|---|---|
| v. | ) |
| **DOCKERY, JOAO M** | ) |
| **4110 43RD STREET** | ) |
| | ) |
| **SACRAMENTO, CA 95820** | ) |
| | ) |
| *Defendant* | ) |

| Violation Number(s)/Location Code(s) | Violation Date(s) |
|---|---|
| **9164611     CA52** | **10/23/2020** |
| Offense(s) | Amount Due |
| Resist/Obstruct Peace Officer - PC 148(a) | $450.00 |
| Case Number: | Original Court Date: |
| 2:21-PO-00058-CKD | 04/15/2021 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**FILED**

There is probable cause to issue this warrant for the arrest of the person identified above.

MAY 1 3 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date:   April 15, 2021                    /s/ *Carolyn K. Delaney*
                                           *Judge's signature*
                                          Carolyn Delaney

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | | |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | | WARRANT RECALLED |

Name: _____   Title: _____   District: _____

Date: _____   Signature: _____